In the Matter of STATE OF NEW YORK, Respondent, v JODY JAMES TROMBLEY, Appellant. [977 NYS2d 664]—Motion for

writ of error coram nobis denied. Present—Scudder, P.J., Smith, Centra and Lindley, JJ.